## Surety Loan & Savings Co. v. John Kick.

1. APPELLATE COURT PRACTICE—*Burden upon the Appellant.*— When a party litigant seeks the reversal of a judgment in this court the burden is upon him to show affirmatively his reasons for such reversal.

Appeal from the Circuit Court of Cook County; the Hon. JOHN GIBBONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1899. Affirmed. Opinion filed July 17, 1900.

SPENCER WARD, attorney for appellant.

W. W. FULLER and EUGENE CLIFFORD, attorneys for appellee.

MR. JUSTICE SHEPARD delivered the opinion of the court.

A judgment for $76.20 was recovered by the appellee against the appellant in a suit before a justice of the peace, and upon appeal to the Circuit Court by appellant and a trial there by the court without a jury, a judgment for the same amount was rendered against appellant, and this appeal has followed.

There is no dispute as to the facts out of which the claimed indebtedness arose, nor but that the judgment is for the correct amount, if appellee was entitled to recover anything.

Nothing but questions of law are argued by the appellant, and they are all based upon an assumption, so far as anything in the record discloses, that appellant is a corporation organized under the statute entitled " Homestead Loan Associations."

There is no evidence in the record, nor anything to take the place of evidence, that the appellant is or ever was such a corporation. The judgment must be affirmed, and it is so ordered.